IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD C. RODRIGUEZ,** | Case No. 2:15-cv-01154-JAM-DAD |
| Petitioner, | **ORDER** |
| v. | |
| **JOE LIZARRAGA, Warden,** | |
| Respondent. | |

Respondent has requested an extension of time to file a responsive pleading in this matter. Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (Doc. No. 11) is granted; and

2. Respondent shall file a responsive pleading in this matter on or before October 19, 2015.

Dated: September 10, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/rodr1154.111res