UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JOE LIZARRAGA,<br><br>    Respondent. | No. 2:15-cv-1154 JAM DB P<br><br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has requested a second extension of time in which to file a responsive pleading. (ECF No. 52.)

    Good cause appearing, IT IS HEREBY ORDERED that respondent's request for an extension of time is granted. Respondent shall file the responsive brief on or before March 23, 2018. Petitioner's optional reply is due thirty days after service of the responsive pleading. No further extensions of time will be granted absent a showing of extraordinary circumstances.

Dated: February 19, 2018

                                                        DEBORAH BARNES<br>
                                                        UNITED STATES MAGISTRATE JUDGE

DLB:12
DB1/Orders/Prisoner-Habeas/rodr1154.111(2)

1