UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>JOE LIZARRAGA,<br><br>Respondent. | No. 2:15-cv-1154 JAM DB P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 17, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 61.) Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 17, 2018 (ECF No. 61), are adopted in full;

2. Petitioner's request to extend the stay (ECF No. 46) is denied as moot.

DATED: June 25, 2018

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE

1